# Supreme Court of the United States

No.   08A711  (08-1065)

POTTAWATTAMIE COUNTY, IOWA, ET AL.,

Applicants

v.

CURTIS W. MCGHEE, JR., ET AL.

## O R D E R

UPON CONSIDERATION of the application of counsel for the applicants, the responses filed thereto, and the reply,

IT IS ORDERED that the proceedings in the United States District Court for the Southern District of Iowa, in case Nos. 4:05-cv-00255 and 4:05-cv-00178, are stayed pending disposition of the petition for a writ of certiorari.  Should the petition for a writ of certiorari be denied, this stay shall terminate automatically.  In the event the petition for a writ of certiorari is granted, the stay shall terminate upon the sending down of the judgment of this Court.

/s/   Samuel A. Alito, Jr.<br>Associate Justice of the Supreme<br>Court of the United States

Dated this 20th
day of February, 2009.